HEATHER E. WILLIAMS, Bar# 122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SEAN ERIN KARJALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:13-cr-00164 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | ) | |
| | ) | |
| SEAN ERIN KARJALA, | ) | |
| | ) | DATE: October 22, 2013 |
| Defendant. | ) | TIME: 9:45 a.m. |
| | ) | JUDGE: Hon. John A. Mendez |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney and defendant SEAN ERIN KARJALA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for August 13, 2013 be continued to October 22, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 22, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 9, 2013          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ Benjamin Galloway
                                          BENJAMIN GALLOWAY
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          SEAN ERIN KARJALA

DATED: August 9, 2013          BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Benjamin Galloway for
                                          KYLE REARDON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including October 22, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A)

and(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the August 13, 2013 status conference shall be continued until October 22, 2013, at 9:45 a.m.

DATED: August 9, 2013     /s/ John A. Mendez
                          HON. JOHN A. MENDEZ
                          United States District Court Judge