HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
SEAN ERIN KARJALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:13-CR-164 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| SEAN ERIN KARJALA | DATE: October 28, 2014<br>TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney and defendant SEAN ERIN KARJALA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for September 16, 2014 be continued to October 28, 2014 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. In addition, the parties are working to simultaneously resolve a matter pending now in Trinity County Superior Court.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 28, 2014, pursuant to 18 U.S.C. § 3161 (h)(1)(B) [other charges against the defendant] (Local Code C) and 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 11, 2014                                   Respectfully submitted,

                                                            HEATHER E. WILLIAMS
                                                            Federal Defender

                                                            */s/ Benjamin Galloway*
                                                            BENJAMIN GALLOWAY
                                                            Assistant Federal Defender
                                                            Attorney for Defendant
                                                            SEAN ERIN KARJALA

DATED: September 11, 2014                                   BENJAMIN B. WAGNER
                                                            United States Attorney

                                                            */s/ Benjamin Galloway for*
                                                            KYLE REARDON
                                                            Assistant U.S. Attorney
                                                            Attorney for Plaintiff

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including October 28, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(1)(B) [other charges against the defendant] (Local Code C) and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

1  [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the September
2  16, 2014 status conference shall be continued until October 28, 2014, at 9:30 a.m.
3  DATED:   September 11, 2014

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge