HEATHER E. WILLIAMS, #122664
Federal Defender
Benjamin D. Galloway, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
ben_galloway@fd.org

Attorney for Defendant
SEAN ERIN KARJALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-164 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| SEAN ERIN KARJALA, | DATE:   July 21, 2015<br>TIME    9:15 a.m.<br>JUDGE:  Hon. John A. Mendez |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Sean Erin Karjala, that the status conference scheduled for June 2, 2015 be vacated and continued to July 21, 2015 at 9:15 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition. Additionally, the parties are working to simultaneously resolve a matter pending now in Trinity County Superior Court.  Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including July 21, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

*Stipulation and [Proposed] Order to Continue Status Conference*

| | | |
|---|---|---|
| 1 | DATED: May 29, 2015 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| | | Federal Defender |
| 3 | | |
| 4 | | */s/ Benjamin D. Galloway* |
| | | Benjamin D. Galloway |
| 5 | | Assistant Federal Defender |
| | | Attorney for Sean Erin Karjala |
| 6 | DATED: May 29, 2015 | BENJAMIN B. WAGNER |
| | | United States Attorney |

DATED: May 29, 2015        BENJAMIN B. WAGNER
                           United States Attorney

                           */s/ Benjamin D. Galloway for*
                           HEIKO COPPOLA
                           Assistant U.S. Attorney
                           Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 21, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the June 2, 2015 status conference shall be continued until July 21, 2015, at 9:15 a.m.

Dated: May 29, 2015                    /s/ JOHN A. MENDEZ
                                       Hon. John A. Mendez.,
                                       United States District Court Judge