HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
ben_galloway@fd.org

Attorney for Defendant
SEAN ERIN KARJALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-164 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| SEAN ERIN KARJALA, | DATE:      December 16, 2016 |
| Defendant. | TIME       9:00 a.m. |
| | JUDGE:    Hon. Garland E. Burrell, Jr. |

        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D.

Galloway, attorney for Sean Erin Karjala, that the status conference scheduled for December 16,

2016 be vacated and continued to February 24, 2017 at 9:00 a.m.

        Defense counsel requires additional time to review discovery with the defendant and

pursue investigation, as well as continue negotiations toward a non-trial disposition.

Additionally, Mr. Karjala is being housed in Trinity County where he is facing a state court

prosecution and a potential sentence of life in prison.  The parties are working to simultaneously

resolve this case and the matter now pending in Trinity County Superior Court.  Based upon the

foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's

date through and including February 24, 2017;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and

1    (B)(iv)[reasonable time to prepare], General Order 479, Local Code T4 based upon continuity of

2    counsel and defense preparation and Local Code M (trial in another court).

3

4    DATED: December 12, 2016              Respectfully submitted,
                                           HEATHER E. WILLIAMS
5                                          Federal Defender

6                                          */s/ Benjamin D. Galloway*
7                                          Benjamin D. Galloway
                                           Assistant Federal Defender
8                                          Attorney for Sean Erin Karjala

9    DATED: December 12, 2016              PHILLIP A. TALBERT
                                           United States Attorney
10

11                                         */s/ Heiko Coppola*
                                           HEIKO COPPOLA
12                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3  stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4  its order. The Court specifically finds the failure to grant a continuance in this case would deny

5  counsel reasonable time necessary for effective preparation, taking into account the exercise of

6  due diligence.  The Court finds the ends of justice are served by granting the requested

7  continuance and outweigh the best interests of the public and defendant in a speedy trial.

8      The Court orders the time from the date the parties stipulated, up to and including

9  February 24, 2017, shall be excluded from computation of time within which the trial of this case

10  must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11  and(B)(iv) [reasonable time for counsel to prepare], General Order 479, (Local Code T4) and

12  Local Code M (trial in another court). **It is further ordered** the December 16, 2016 status

13  conference shall be continued until February 24, 2017, at 9:00 a.m.

14  Dated:  December 13, 2016

15

16

17  _____

GARLAND E. BURRELL, JR.

18  Senior United States District Judge

19

20

21

22

23

24

25

26

27

28