1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   BENJAMIN D. GALLOWAY, #214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    ben_galloway@fd.org
5

6   Attorney for Defendant
    SEAN ERIN KARJALA
7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          Case No. 2:13-cr-164 GEB

12            Plaintiff,               STIPULATION AND [PROPOSED] ORDER TO
                                       CONTINUE STATUS CONFERENCE
13        v.

14  SEAN ERIN KARJALA,                 DATE:     April 7, 2017
                                       TIME      9:00 a.m.
15            Defendant.               JUDGE:    Hon. Garland E. Burrell, Jr.

16

17          IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

18  Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and

19  Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D.

20  Galloway, attorney for Sean Erin Karjala, that the status conference scheduled for April 7, 2017

21  be vacated and continued to June 16, 2017 at 9:00 a.m.

22          Defense counsel requires additional time to review discovery with the defendant and

23  pursue investigation, as well as continue negotiations toward a non-trial disposition.

24  Additionally, Mr. Karjala is being housed in Trinity County where he is facing a state court

25  prosecution and a potential sentence of life in prison.  The parties are working to simultaneously

26  resolve this case and the matter now pending in Trinity County Superior Court.  Based upon the

27  foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's

28  date through and including June 16, 2017;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and

1   (B)(iv)[reasonable time to prepare], General Order 479, Local Code T4 based upon continuity of

2   counsel and defense preparation and Local Code M (trial in another court).

3

4   DATED: April 4, 2017                    Respectfully submitted,
                                            HEATHER E. WILLIAMS
5                                           Federal Defender

6                                           */s/ Benjamin D. Galloway*
7                                           Benjamin D. Galloway
                                            Assistant Federal Defender
8                                           Attorney for Sean Erin Karjala

9   DATED: April 4, 2017                    PHILLIP A. TALBERT
                                            United States Attorney
10

11                                          */s/ Heiko Coppola*
                                            HEIKO COPPOLA
12                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Continue                    -2-
Status Conference

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' |
| 3 | stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as |
| 4 | its order. The Court specifically finds the failure to grant a continuance in this case would deny |
| 5 | counsel reasonable time necessary for effective preparation, taking into account the exercise of |
| 6 | due diligence.  The Court finds the ends of justice are served by granting the requested |
| 7 | continuance and outweigh the best interests of the public and defendant in a speedy trial. |
| 8 | The Court orders the time from the date the parties stipulated, up to and including June |
| 9 | 16, 2017, shall be excluded from computation of time within which the trial of this case must be |
| 10 | commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) |
| 11 | [reasonable time for counsel to prepare], General Order 479, (Local Code T4) and Local Code M |
| 12 | (trial in another court). **It is further ordered** the April 7, 2017 status conference shall be |
| 13 | continued until June 16, 2017, at 9:00 a.m. |
| 14 | Dated:  April 4, 2017 |
| 15 | |
| 16 | |
| 17 | _____ |
| | GARLAND E. BURRELL, JR. |
| 18 | Senior United States District Judge |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |