1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   BENJAMIN D. GALLOWAY, #214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    ben_galloway@fd.org
5

6   Attorney for Defendant
    SEAN ERIN KARJALA
7

8                    IN THE UNITED STATES DISTRICT COURT

9
                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            Case No. 2:13-cr-164 GEB

12              Plaintiff,               STIPULATION AND [PROPOSED] ORDER TO
                                         CONTINUE STATUS CONFERENCE
13        v.

14  SEAN ERIN KARJALA,                   DATE:      January 19, 2018
                                         TIME       9:00 a.m.
15              Defendant.               JUDGE:     Hon. Garland E. Burrell, Jr.

16

17         IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

18  Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and

19  Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D.

20  Galloway, attorneys for Sean Erin Karjala, that the status conference scheduled for January 19,

21  2018 be vacated and continued to April 27, 2018 at 9:00 a.m.

22         Defense counsel requires additional time to review discovery with the defendant and

23  pursue investigation, as well as continue negotiations toward a non-trial disposition.

24  Additionally, Mr. Karjala is being housed in Trinity County where he is facing a state court

25  prosecution and a potential sentence of life in prison.  The parties are working to simultaneously

26  resolve this case and the matter now pending in Trinity County Superior Court.  Based upon the

27  foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's

28  date through and including April 27, 2018;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and

    Stipulation and [Proposed] Order to Continue        -1-
     Status Conference

1  (B)(iv)[reasonable time to prepare], General Order 479, Local Code T4 based upon continuity of

2  counsel and defense preparation and Local Code M (trial in another court).

3

4  DATED: January 12, 2018                    Respectfully submitted,
                                              HEATHER E. WILLIAMS
5                                             Federal Defender

6                                             */s/ Benjamin D. Galloway*
7                                             Benjamin D. Galloway
                                              Assistant Federal Defender
8                                             Attorney for Sean Erin Karjala

9  DATED: January 12, 2018                    MCGREGOR W. SCOTT
                                              United States Attorney
10

11                                            */s/ Heiko Coppola*
                                              HEIKO COPPOLA
12                                            Assistant United States Attorney
                                              Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 27, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare], General Order 479, (Local Code T4) and Local Code M (trial in another court). **It is further ordered** the January 19, 2018 status conference shall be continued until April 27, 2018, at 9:00 a.m.

Dated: January 16, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge