1 HEATHER E. WILLIAMS, #122664
Federal Defender
2 BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, CA 95814
4 Tel: 916-498-5700/Fax 916-498-5710
ben_galloway@fd.org
5

6 Attorney for Defendant
SEAN ERIN KARJALA
7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,  Case No. 2:13-cr-164 GEB

12 Plaintiff,  STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

13 v.

14 SEAN ERIN KARJALA,  DATE: September 7, 2018
TIME  9:00 a.m.
15 Defendant.  JUDGE: Hon. Garland E. Burrell, Jr.

16

17 IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

18 Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and

19 Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D.

20 Galloway, attorneys for Sean Erin Karjala, that the status conference scheduled for September 7,

21 2018 be vacated and continued to November 2, 2018 at 9:00 a.m.

22 Defense counsel requires additional time to review discovery with the defendant and

23 pursue investigation, as well as continue negotiations toward a non-trial disposition.

24 Additionally, Mr. Karjala is being housed in Trinity County where he is facing a state court

25 prosecution and a potential sentence of life in prison.  The parties are working to simultaneously

26 resolve this case and the matter now pending in Trinity County Superior Court.  Based upon the

27 foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's

28 date through and including November 2, 2018;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and

(B)(iv)[reasonable time to prepare], General Order 479, Local Code T4 based upon continuity of counsel and defense preparation and Local Code M (trial in another court).

DATED: August 27, 2018

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
Benjamin D. Galloway
Chief Assistant Federal Defender
Attorney for Sean Erin Karjala

DATED: August 27, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 2, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare], General Order 479, (Local Code T4) and Local Code M (trial in another court). **It is further ordered** the September 7, 2018 status conference shall be continued until November 2, 2018, at 9:00 a.m.

Dated: August 28, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge