HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
ben_galloway@fd.org

Attorney for Defendant
SEAN ERIN KARJALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-164 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| SEAN ERIN KARJALA, | DATE: April 26, 2019<br>TIME 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for Sean Erin Karjala, that the status conference scheduled for April 26, 2019 be vacated and continued to July 26, 2019 at 9:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition. Additionally, Mr. Karjala is being housed in Trinity County where he is facing a state court prosecution and a potential sentence of life in prison. The parties are working to simultaneously resolve this case and the matter now pending in Trinity County Superior Court. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of from the date the parties stipulated through and including July 26, 2019; pursuant to 18 U.S.C. §3161

Stipulation and [Proposed] Order to Continue Status Conference

-1-

(h)(7)(A)and (B)(iv)[reasonable time to prepare], General Order 479, Local Code T4 based upon continuity of counsel and defense preparation and Local Code M (trial in another court).

DATED: April 22, 2019          Respectfully submitted,
                               HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Benjamin D. Galloway*
                               Benjamin D. Galloway
                               Chief Assistant Federal Defender
                               Attorney for Sean Erin Karjala

DATED: April 22, 2019          MCGREGOR W. SCOTT
                               United States Attorney

                               */s/ Heiko Coppola*
                               HEIKO COPPOLA
                               Assistant United States Attorney
                               Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 26, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare], General Order 479, (Local Code T4) and Local Code M (trial in another court). **It is further ordered** the April 26, 2019 status conference shall be continued until July 26, 2019, at 9:00 a.m.

Dated: April 23, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge