1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   ben_galloway@fd.org
5

6  Attorney for Defendant
   SEAN ERIN KARJALA
7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | Case No. 2:13-cr-164 GEB
12 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
13 | v. |
14 | SEAN ERIN KARJALA, | DATE:  July 26, 2019
   |                   | TIME   9:00 a.m.
15 | Defendant. | JUDGE: Hon. Garland E. Burrell, Jr.

16

17        IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

18 Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and

19 Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D.

20 Galloway, attorneys for Sean Erin Karjala, that the status conference scheduled for July 26, 2019

21 be vacated and continued to August 30, 2019 at 9:00 a.m.

22        Mr. Karjala is being housed in Trinity County where he faces sentencing on July 26,

23 2019, in a state court prosecution with a potential sentence of life in prison.  Mr. Karjala will be

24 returned to federal custody following the sentencing hearing in state court.  Based upon the

25 foregoing, the parties agree time under the Speedy Trial Act should be excluded of from the date

26 the parties stipulated through and including August 30, 2019;  pursuant to 18 U.S.C. §3161

27 / / /

28

Stipulation and [Proposed] Order to Continue                -1-
Status Conference

(h)(7)(A)and (B)(iv)[reasonable time to prepare], General Order 479, Local Code T4 based upon continuity of counsel and defense preparation and Local Code M (trial in another court).

DATED: July 9, 2019            Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
Benjamin D. Galloway
Chief Assistant Federal Defender
Attorney for SEAN ERIN KARJALA

DATED: July 9, 2019            MCGREGOR W. SCOTT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 30, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare], General Order 479, (Local Code T4) and Local Code M (trial in another court). **It is further ordered** the July 26, 2019 status conference shall be continued until August 30, 2019, at 9:00 a.m.

Dated: July 11, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge