| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Chief Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | ben_galloway@fd.org |
| 5 | |
| 6 | Attorney for Defendant |
| | SEAN ERIN KARJALA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-164 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| SEAN ERIN KARJALA, | DATE: July 26, 2019 |
| | TIME  9:00 a.m. |
| Defendant. | JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for Sean Erin Karjala, that the status conference scheduled for August 30, 2019 be vacated and continued to October 18, 2019 at 9:00 a.m.

Mr. Karjala was sentenced in Trinity County to 30 years state prison. He has been returned to federal custody to face the pending charging in this case. The parties require additional time to meet and confer about a pre-trial disposition of this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of from the date the parties stipulated through and including October 18, 2019; pursuant to 18 U.S.C. §3161

///

Stipulation and [Proposed] Order to Continue Status Conference

-1-

(h)(7)(A) and (B)(iv)[reasonable time to prepare], General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: August 26, 2019

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
Benjamin D. Galloway
Chief Assistant Federal Defender
Attorney for SEAN ERIN KARJALA

DATED: August 26, 2019

MCGREGOR W. SCOTT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice is served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 18, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare], General Order 479, and (Local Code T4). **It is further ordered** the August 30, 2019 status conference shall be continued until October 18, 2019, at 9:00 a.m.

Dated: August 27, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge