McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0164 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SEAN ERIN KARJALA, | DATE: November 8, 2019 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 8, 2019.

2. By this stipulation, defendant now moves to continue the status conference until January 17, 2020, and to exclude time between November 8, 2019, and January 17, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 250 pages of police reports, photographs, text messages and emails. The United States recently received and has made available for review approximately 300 additional pages related to the defendant's recently concluded state prosecution. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  Counsel for defendant desires additional time consult with his client, review the recently obtained materials made available by the United States, and to research issues that may impact resolution and sentencing in this matter. The defendant was recently returned to Federal custody following a conviction in Trinity County for assaulting a police officer for which he received a sentences of 30 years to life.

    c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)  The government does not object to the continuance.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 8, 2019 to January 17, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 7, 2019         McGREGOR W. SCOTT
                      United States Attorney

                      /s/ HEIKO P. COPPOLA
                      HEIKO P. COPPOLA
                      Assistant United States Attorney

Dated: November 7, 2019

/s/ BENJAMIN D. GALLOWAY
BENJAMIN D. GALLOWAY
Counsel for Defendant
SEAN ERIN KARJALA

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: November 12, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge