HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
ben_galloway@fd.org

Attorney for Defendant
SEAN ERIN KARJALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00164-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET STATUS CONFERENCE |
| v. | |
| SEAN ERIN KARJALA, | DATE: February 25, 2020<br>TIME 9:15 a.m.<br>JUDGE: Hon. John A. Mendez |
| Defendant. | |

IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for Sean Erin Karjala, that a status conference scheduled for February 25, 2020 at 9:15 a.m. be continued to April 21, 2020.

Mr. Karjala was recently sentenced in Trinity County to 30 years to life in state prison and has been returned to federal custody in the above-entitled case. Defense counsel continues to conduct legal and factual research related to this matter. The United States has also made available additional discovery materials for defense counsel's review. Counsel for defendant needs additional time to review the additional discovery, consult with the defendant and otherwise prepare for trial.

Stipulation and [Proposed] Order to Set Status Conference

-1-

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of from the date the parties stipulated through and including April 21, 2020 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv)[reasonable time to prepare], General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 19, 2020

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
Benjamin D. Galloway
Chief Assistant Federal Defender
Attorney for SEAN ERIN KARJALA

DATED: February 19, 2020

MCGREGOR W. SCOTT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant the requested date in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice is served by granting the requested date and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 21, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare], General Order 479, and (Local Code T4). **It is further ordered** that the status conference shall be set to April 21, 2020, at 9:15 a.m.

Dated: February 21, 2020 /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge