HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
ben_galloway@fd.org

Attorney for Defendant
SEAN ERIN KARJALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00164-JAM |
| Plaintiff, | STIPULATION AND ORDER TO SET STATUS CONFERENCE |
| v. | |
| SEAN ERIN KARJALA, | DATE: August 25, 2020<br>TIME 9:15 a.m.<br>JUDGE: Hon. John A. Mendez |
| Defendant. | |

IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for Sean Erin Karjala, that a status conference scheduled for August 25, 2020 at 9:15 a.m. be continued to October 27, 2020 at 9:30 a.m..

Mr. Karjala was sentenced in Trinity County to 30 years to life in state prison and has been returned to federal custody in the above-entitled case.  Defense counsel continues to conduct legal and factual research related to this matter, which has been difficult due to COVID-19 restrictions. Counsel for defendant continues to review the additional discovery provided by the government, consult with the defendant, and otherwise prepare for trial as restrictions under the Court's general orders relating to COVID19 pandemic are still in place.

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of from the date the parties stipulated through and including October 27, 2020 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv)[reasonable time to prepare], General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: August 19, 2020          Respectfully submitted,
                                HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ Benjamin D. Galloway
                                Benjamin D. Galloway
                                Chief Assistant Federal Defender
                                Attorney for SEAN ERIN KARJALA

DATED: August 19, 2020          MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Heiko Coppola
                                HEIKO COPPOLA
                                Assistant United States Attorney
                                Attorney for Plaintiff

1

## <u>ORDER</u>

2      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3 stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4 its order. The Court specifically finds the failure to grant the requested date in this case would

5 deny counsel reasonable time necessary for effective preparation, taking into account the

6 exercise of due diligence.  The Court finds the ends of justice is served by granting the requested

7 date and outweigh the best interests of the public and defendant in a speedy trial.

8      The Court orders the time from the date the parties stipulated, up to and including

9 October 27, 2020, shall be excluded from computation of time within which the trial of this case

10 must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11 and(B)(iv) [reasonable time for counsel to prepare], General Order 479, and (Local Code T4). **It**

12 **is further ordered** that the status conference shall be set to October 27, 2020, at 9:30 a.m.

13

14 Dated: August 19, 2020                    /s/ John A. Mendez_____

15                                          Hon. John A. Mendez
                                            United States District Court Judge
16

17

18

19

20

21

22

23

24

25

26

27

28