HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
ben_galloway@fd.org

Attorney for Defendant
SEAN ERIN KARJALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00164-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET STATUS CONFERENCE |
| v. | |
| SEAN ERIN KARJALA, | DATE: October 27, 2020<br>TIME 9:30 a.m.<br>JUDGE: Hon. John A. Mendez |
| Defendant. | |

IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for Sean Erin Karjala, that a status conference scheduled for October 27, 2020 at 9:30 a.m. be continued to February 23, 2021.

Mr. Karjala was sentenced in Trinity County to 30 years to life in state prison and has been returned to federal custody in the above-entitled case. Defense counsel continues to conduct legal and factual research related to this matter, which has been difficult due to COVID-19 restrictions. Counsel for defendant needs additional time to review the additional discovery, consult with the defendant, and otherwise prepare for trial as restrictions are still in place.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

1  excluded of from October 27, 2020 through and including February 23, 2021 pursuant to 18

2  U.S.C. §3161(h)(7)(A) and (B)(iv)[reasonable time to prepare], General Order 479, Local Code

3  T4 based upon continuity of counsel and defense preparation.

4

5  DATED: October 22, 2020                Respectfully submitted,
                                          HEATHER E. WILLIAMS
6                                         Federal Defender

7
                                          */s/ Benjamin D. Galloway*
8                                         Benjamin D. Galloway
                                          Chief Assistant Federal Defender
9                                         Attorney for SEAN ERIN KARJALA

10 DATED: October 22, 2020                MCGREGOR W. SCOTT
                                          United States Attorney
11

12                                        */s/ Heiko Coppola*
                                          HEIKO COPPOLA
13                                        Assistant United States Attorney
                                          Attorney for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant the requested date in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice is served by granting the requested date and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time between October 27, 2020, up to and including February 23, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare], General Order 479, and (Local Code T4). **It is further ordered** that the status conference shall be set to February 23, 2021, at 9:30 a.m.

DATED:  October 22, 2020            /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE