1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   ben_galloway@fd.org

6  Attorney for Defendant
   SEAN ERIN KARJALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00164-JAM |
| Plaintiff, | STIPULATION AND ORDER TO SET STATUS CONFERENCE |
| v. | |
| SEAN ERIN KARJALA, | DATE: February 23, 2021<br>TIME  9:30 a.m.<br>JUDGE: Hon. John A. Mendez |
| Defendant. | |

IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for Sean Erin Karjala, that a status conference scheduled for February 23, 2021 at 9:30 a.m. be continued to April 20, 2021.

Mr. Karjala was sentenced in Trinity County to 30 years to life in state prison and has been returned to federal custody in the above-entitled case.  Defense counsel continues to conduct legal and factual research related to this matter, which has been difficult due to COVID-19 restrictions.  Mr. Karjala recently contracted COVID while at the Sacramento County Jail, making visitation temporarily impossible even by video teleconference due to restrictions on movement within the Jail.  Counsel for defendant needs additional time to review the additional

discovery, consult with the defendant, and otherwise prepare for trial as restrictions are still in place. In addition, briefing in the state appeal of Mr. Karjala's life sentence is nearly complete. The conclusion of that appeal is likely to have a significant impact on the resolution of the pending federal case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of from February 23, 2021 through and including April 20, 2021 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv)[reasonable time to prepare], General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 18, 2021          Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
Benjamin D. Galloway
Chief Assistant Federal Defender
Attorney for SEAN ERIN KARJALA

DATED: February 18, 2021          MCGREGOR W. SCOTT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant the requested date in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice is served by granting the requested date and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time between February 23, 2021, up to and including April 20, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare], General Order 479, and (Local Code T4). **It is further ordered** that the status conference shall be set to April 20, 2021, at 9:30 a.m.

DATED:  February 18, 2021           /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE