PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN KARJALA,<br><br>    Defendant. | CASE NO. 2:13-CR-00164-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: July 20, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 20, 2021.

2. By this stipulation, defendant now moves to continue the status conference until September 28, 2021, and to exclude time between July 20, 2021, and September 28, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Since approximately 2013 the Office of the Federal Defender, and specifically Ben Galloway, have represented Mr. Karjala. On or about July 9, 2021 Mr. Galloway was appointed to the Sacramento County Superior Court Bench by Governor Gavin Newsom. The Office of the Federal Defender anticipates CJA counsel being appointed to represent Mr. Karjala.

The process of locating and appointing new counsel is anticipated to be completed no later than July 29, 2021[1]..

      b)      Counsel for defendant desires time to consult with their clients, review the discovery, conduct investigation and otherwise prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 20, 2021 to September 28, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: July 15, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

---

[1] Substitute counsel has been identified. Said counsel has agreed to accept appointment. Certain necessary staff at the Office of the Federal Defender are unavailable through July 18, 2021. The parties anticipate the substitution will be completed expeditiously after July 18, 2021.

Dated: July 15, 2021        /s/ BEN GALLOWAY
                            BEN GALLOWAY
                            Counsel for Defendant
                            SEAN KARJALA

## FINDINGS AND ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of July 20, 2021 is **VACATED**. The status conference will be **RESET** for **September 28, 2021, at 9:30 a.m**. The Court finds excludable time through September 28, 2021 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

IT IS SO FOUND AND ORDERED.


Dated: July 15, 2021        /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE