Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorney for Defendant
Sean Karjala

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SEAN KARJALA,<br><br>  Defendant. | Case No. 2:13-cr-00164-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable John A. Mendez. |

### STIPULATION

1. By previous order this case was set for status conference on December 7, 2021.

2. By this stipulation, the defendant asks to move the status conference until January 11, 2022 and to exclude time between December 7, 2021 and January 11, 2022 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) Since approximately 2013 the Office of the Federal Defender, and specifically Ben Galloway, have represented Mr. Karjala. On or about July 9, 2021 Mr. Galloway was appointed to the Sacramento County Superior Court Bench by Governor Gavin Newsom. Defense counsel was appointed in late July 2021 and is in the process of becoming familiar with the case.

    (b) Counsel for defendant desires time to consult with her client, review the

{00030813}

discovery, conduct investigation and otherwise prepare for trial.

(c) Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(d) The government does not object to the continuance.

(e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 7, 2021 through January 11, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated:  November 22, 2021.                    Respectfully submitted,

By    /s/ Kresta Daly for
      HEIKO COPPOLA
      ASSISTANT UNITED STATES ATTORNEY

Dated:  November 22, 2021.

By    /s/ Kresta Daly
      Kresta Daly
      Attorney for Sean Karjala

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of December 7, 2021 is vacated. The status conference will be reset for **January 11, 2022**, **at 9:30 a.m**. The Court finds excludable time through January 11, 2022 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: November 23, 2021                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE