PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00164 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SEAN KARJALA, | DATE: April 26, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status conference on April 26, 2022.

2.  By this stipulation, defendant now moves to continue the status conference until May 24, 2022, at 9:30 a.m., and to exclude time between April 26, 2022, and May 24, 2022, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  Current defense counsel was appointed in or about July 2021 following previous defense counsel's appointment to the bench. Discovery has been provided to defense counsel and includes police reports and other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel was recently

provided a with a proposed plea agreement.

  b) Counsel for defendant desires additional time to review discovery, consult with her client, conduct additional investigation and to otherwise prepare for trial. Counsel also requires additional time to review the plea agreement and conduct research related to the plea agreement.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 26, 2022 to May 24, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 22, 2022         PHILLIP A. TALBERT
                 United States Attorney

                 /s/ HEIKO P. COPPOLA
                 HEIKO P. COPPOLA
                 Assistant United States Attorney

Dated: April 22, 2022

/s/ KRESTA DALY
KRESTA DALY
Counsel for Defendant
SEAN KARJALA

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 22nd day of April, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE