Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorney for Defendant
Sean Karjala

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SEAN KARJALA,<br><br>  Defendant. | Case No. 2:13-CR-00164-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable John A. Mendez. |

**STIPULATION**

1. By previous order this case was set for status conference on May 24, 2022.

2. By this stipulation, the defendant asks to move the status conference until July 12, 2022, at 9:30 a.m., and to exclude time between May 24, 2022, and July 12, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) The government recently provided the defense with a proposed plea agreement.  The defense requires additional time to review and consider the plea agreement, confer with her client, conduct legal research and conduct additional investigation.  The defense also requires additional time to research and consider the collateral consequences of the proposed plea agreement on Mr. Karjala's state court case.

    (b) Counsel for defendant believes failure to grant the above-requested

{00030813}

1  continuance would deny them the reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.
3         (c)   The government does not object to the continuance.
4         (d)   Based on the above-stated findings, the ends of justice served by
5  continuing the case as requested outweigh the interest of the public and the defendants in a trial
6  within the original date prescribed by the Speedy Trial Act.
7         (e)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
8  § 3161, *et seq.*, within which trial must commence, the time period of May 24, 2022 through July
9  12, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local
10 Code T4] because it results from a continuance granted by the Court at defendants' request on the
11 basis of the Court's finding that the ends of justice served by taking such action outweigh the best
12 interest of the public and the defendants in a speedy trial.

14 Dated: May 18, 2022.        Respectfully submitted,

16                 By    /s/ Kresta Daly for
                         HEIKO COPPOLA
                         ASSISTANT UNITED STATES ATTORNEY

19 Dated: May 18, 2022.

21                 By    /s/ Kresta Daly
                         Kresta Daly
22                       Attorney for Sean Karjala

Barth Daly LLP
Attorneys At Law
Davis, California

- 2 -

STIPULATION AND ORDER                                          [Case No. 2:13-CR-00164-JAM]

# ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of May 24, 2022 is vacated. The status conference will be reset for July 12, 2022, at 9:30 a.m. The Court finds excludable time through July 12, 2022, under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: May 18, 2022    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE