1  Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2  PO Box F
Winters, California 95694
3  Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorney for Defendant
Sean Karjala

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 2:13-CR-00164-JAM

12              Plaintiff,

13       v.                            **AMENDED STIPULATION AND ORDER
                                       TO CONTINUE STATUS CONFERENCE**
14  SEAN KARJALA,

15              Defendant.             Judge: Honorable John A. Mendez.

16

17                             **STIPULATION**

18       1.      By previous order this case was set for status conference on July 12, 2022.

19       2.      By this stipulation, the defendant asks to move the status conference until

20  September 20, 2022, at 9:30 am., and to exclude time between July 12, 2022 and September 20,

21  2022 under Local Code T4.

22       3.      The parties agree and stipulate, and request that the Court find the following:

23              (a)      The government recently provided the defense with a proposed plea

24  agreement.  The defense requires additional time to review and consider the plea agreement,

25  confer with her client, conduct legal research and conduct additional investigation.  The defense

26  also requires additional time to research and consider the collateral consequences of the proposed

27  plea agreement on Mr. Karjala's state court case.  Recent research has revealed additional

28  complexities which need to be further researched and considered.

BARTH DALY LLP
ATTORNEYS AT LAW

{00030813}

1        (b)      Counsel for defendant believes failure to grant the above-requested

2 continuance would deny them the reasonable time necessary for effective preparation, taking into

3 account the exercise of due diligence.

4        (c)      The government does not object to the continuance.

5        (d)      Based on the above-stated findings, the ends of justice served by

6 continuing the case as requested outweigh the interest of the public and the defendants in a trial

7 within the original date prescribed by the Speedy Trial Act.

8        (e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

9 § 3161, *et seq.*, within which trial must commence, the time period of July 12, 2022 through

10 September 20, 2022,  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

11 B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants'

12 request on the basis of the Court's finding that the ends of justice served by taking such action

13 outweigh the best interest of the public and the defendants in a speedy trial.

15 Dated:  July 6, 2022.           Respectfully submitted,

17 By    /s/ Kresta Daly for
         HEIKO COPPOLA

18        ASSISTANT UNITED STATES ATTORNEY

20 Dated:  July 6, 2022.

22 By    /s/ Kresta Daly
         Kresta Daly

23        Attorney for Sean Karjala

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

1

**ORDER**

2

     GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

3

     The status conference of July 12, 2022 is vacated.  The status conference will be reset for

4

September 20, 2022, at 9:30 a.m.  The Court finds excludable time through September 20, 2022

5

under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for

6

preparation of counsel.  The Court finds that the interests of justice are best served by granting the

7

request and outweigh the interests of the public and the defendant in a speedy trial.  (18 U.S.C.

8

§ 3161(h)(7)(A), (h)(7)(B)(iv).)

9

10

    **IT IS SO ORDERED.**

11

12

Dated:  July 8, 2022                 /s/ John A. Mendez

13

                             THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA