1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  PO Box F
   Winters, California 95694
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorney for Defendant
   Sean Karjala

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 2:13-CR-00164-JAM

12            Plaintiff,

13       v.                             **STIPULATION AND ORDER TO
                                        CONTINUE STATUS CONFERENCE**
14  SEAN KARJALA,

15            Defendant.                Judge: Honorable John A. Mendez.

16

17                        **STIPULATION**

18       1.     By previous order this case was set for status conference on September 20, 2022.

19       2.     By this stipulation, the defendant asks to move the status conference until October

20  25, 2022, at 9:00 a.m., and to exclude time between September 20, 2022 and October 25, 2022

21  under Local Code T4.

22       3.     The parties agree and stipulate, and request that the Court find the following:

23            (a)     The defense requires additional time to review and consider the plea

24  agreement, confer with her client, conduct legal research and conduct additional investigation.

25  The defense also requires additional time to research and consider the collateral consequences of

26  a proposed plea agreement on Mr. Karjala's state court case.

27            (b)     Counsel for defendant believes failure to grant the above-requested

28  continuance would deny them the reasonable time necessary for effective preparation, taking into

{00030813}

BARTH DALY LLP
ATTORNEYS AT LAW

1    account the exercise of due diligence.

2              (c)      The government does not object to the continuance.

3              (d)      Based on the above-stated findings, the ends of justice served by

4    continuing the case as requested outweigh the interest of the public and the defendants in a trial

5    within the original date prescribed by the Speedy Trial Act.

6              (e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

7    § 3161, *et seq.*, within which trial must commence, the time period of September 20, 2022

8    through October 25, 2022,  inclusive, is deemed excludable pursuant to 18 U.S.C. §

9    3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court

10   at defendants' request on the basis of the Court's finding that the ends of justice served by taking

11   such action outweigh the best interest of the public and the defendants in a speedy trial.

12

13   Dated:  September 13, 2022.                    Respectfully submitted,

14

15                                       By____/s/ Kresta Daly for_____
                                              HEIKO COPPOLA
16                                            ASSISTANT UNITED STATES ATTORNEY

17

18   Dated:  September 13, 2022.

19

20                                       By____/s/ Kresta Daly_____
                                              Kresta Daly
21                                            Attorney for Sean Karjala

22

23

24

25

26

27

28

- 2 -

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

1

## **ORDER**

2      GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

3      The status conference of September 20, 2022 is vacated.  The status conference will be

4  reset for October 25, 2022, at 9:00 a.m.  The Court finds excludable time through October 25,

5  2022 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow

6  for preparation of counsel.  The Court finds that the interests of justice are best served by granting

7  the request and outweigh the interests of the public and the defendant in a speedy trial.  (18

8  U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

9

10      **IT IS SO ORDERED.**

11

12

13  Dated:  September 14, 2022                    /s/ John A. Mendez
                                                 _____
14                                               THE HONORABLE JOHN A. MENDEZ
                                                 SENIOR UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA