Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorney for Defendant
Sean Karjala

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN KARJALA,<br><br>    Defendant. | Case No. 2:13-cr-00164-JAM<br><br>**STIPULATION AND ORDER TO RESET DATES**<br><br>Judge: Honorable John A. Mendez. |

**STIPULATION**

1. By previous order this case was set for sentencing on October 17, 2023.

2. By this stipulation, the defendant asks to move sentencing until December 12, 2023.  The government does not object.  Probation is aware of the requested dates and does not object.

3. The parties agree and stipulate, and request that the Court adopt the following schedule:

| | |
|---|---|
| Informal objections | November 7, 2023 |
| Final PSR filed | November 14, 2023 |
| Formal objections | November 28, 2023 |
| Judgment and Sentencing | December 12, 2023 |

{00030813}

1  Dated: September 19, 2023.          Respectfully submitted,

2

3          By     /s/ Kresta Daly for
                  HEIKO COPPOLA
4                 ASSISTANT UNITED STATES ATTORNEY

5

6
   Dated: September 19, 2023.
7

8          By     /s/ Kresta Daly
                  Kresta Daly
9                 Attorney for Sean Karjala

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

# ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The sentencing hearing set for October 17, 2023 is **VACATED.**  Sentencing is **RESET** for **December 12, 2023, at 09:00 a.m.**  The following briefing schedule is **ADOPTED**:

| | |
|---|---|
| Informal objections | November 7, 2023 |
| Final PSR filed | November 14, 2023 |
| Formal objections | November 28, 2023 |

**IT IS SO ORDERED.**

Dated: September 19, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE