Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorney for Defendant
Sean Karjala

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00164-JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO RESET DATES** |
| SEAN ERIN KARJALA, | Judge: Honorable John A. Mendez. |
| Defendant. | |

## STIPULATION

1.      By previous order this case was set for sentencing on December 12, 2023.

2.      By this stipulation, the defendant asks to move sentencing until February 13, 2024. The government does not object.  Probation is aware of the requested dates and does not object.

3.      The parties agree and stipulate, and request that the Court adopt the following schedule:

| | |
|---|---|
| Informal objections | January 2, 2024 |
| Final PSR filed | January 16, 2024 |
| Formal objections | January 30, 2024 |
| Sentencing Memorandum | February 6, 2024 |
| Judgment and Sentencing | February 13, 2024 |

{00030813}

BARTH DALY LLP
ATTORNEYS AT LAW

Dated:  November 28, 2023.                    Respectfully submitted,

By_____/s/ Kresta Daly for_____
         HEIKO COPPOLA
         ASSISTANT UNITED STATES ATTORNEY

Dated:  November 23, 2023.

By_____/s/ Kresta Daly_____
         Kresta Daly
         Attorney for Sean Karjala

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

- 2 -

## **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The sentencing hearing set for December 12, 2023 is **VACATED.**  Sentencing is **RESET** for **February 13, 2024, at 09:00 a.m**.  The following briefing schedule is **ADOPTED**:

| | |
|---|---|
| Informal objections | **January 2, 2024** |
| Final PSR filed | **January 16, 2024** |
| Formal objections | **January 30, 2024** |
| Sentencing Memorandum | **February 6, 2024** |

**IT IS SO ORDERED.**

Dated:  November 29, 2023                    /s/ John A. Mendez
                                                            THE HONORABLE JOHN A. MENDEZ
                                                            SENIOR UNITED STATES DISTRICT JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

STIPULATION AND ORDER                                         [Case No. 2:13-CR-00164-JAM]