Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorney for Defendant
Sean Karjala

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SEAN ERIN KARJALA,<br><br>  Defendant. | Case No. 2:13-cr-00164-JAM<br><br>**STIPULATION AND ORDER TO RESET DATES**<br><br>Judge: Honorable John A. Mendez. |

## STIPULATION

1. By previous order this case was set for sentencing on February 13, 2024.

2. By this stipulation, the defendant asks to move sentencing until April 23, 2024. The government does not object. Probation is aware of the requested dates and does not object.

3. The parties agree and stipulate, and request that the Court adopt the following schedule:

| | |
|---|---|
| Formal objections | April 9, 2024 |
| Sentencing Memorandum | April 16, 2024 |
| Judgment and Sentencing | April 23, 2024 |

{00030813}

1  Dated: January 23, 2024.                Respectfully submitted,

        By     /s/ Kresta Daly for
               HEIKO COPPOLA
               ASSISTANT UNITED STATES ATTORNEY

6  Dated: January 23, 2024.

        By     /s/ Kresta Daly
               Kresta Daly
               Attorney for Sean Karjala

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The sentencing hearing set for February 13, 2023, is **VACATED**.  Sentencing is **RESET** for **April 23, 2024, at 09:00 a.m.**  The following briefing schedule is **ADOPTED**:

| | |
|---|---|
| Formal objections | **April 9, 2024** |
| Sentencing Memorandum | **April 16, 2024** |
| Judgment and Sentencing | April 23, 2024 |

IT IS SO ORDERED.

Dated: January 24, 2024            /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    SENIOR UNITED STATES DISTRICT JUDGE