Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorney for Defendant
Sean Karjala

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SEAN KARJALA,<br><br>    Defendant. | Case No. 2:13-cr-00164-JAM<br><br>**STIPULATION AND ORDER TO RESET DATES**<br><br>Judge: Honorable John A. Mendez. |

# STIPULATION

1. By previous order this case was set for sentencing on April 23, 2024.

2. By this stipulation, the defendant asks to move sentencing until June 4, 2024. The government does not object.

3. The parties agree and stipulate, and request that the Court adopt the following schedule:

| | |
|---|---|
| Formal objections | May 21, 2024 |
| Sentencing Memorandum | May 28, 2024 |
| Judgment and Sentencing | June 4, 2024 |

{00030813}

Dated: March 22, 2024.                Respectfully submitted,

                                      By   /s/ Kresta Daly for
                                           HEIKO COPPOLA
                                           ASSISTANT UNITED STATES ATTORNEY

Dated: March 22, 2024.

                                      By   /s/ Kresta Daly
                                           Kresta Daly
                                           Attorney for Sean Karjala

## **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The sentencing hearing set for April 23, 2023 is **VACATED**. Sentencing is **RESET** for **June 04, 2024, at 09:00 a.m.** The following briefing schedule is **ADOPTED**:

| | |
|---|---|
| Formal objections | May 21, 2024 |
| Sentencing Memorandum | May 28, 2024 |
| Judgment and Sentencing | June 4, 2024 |

**IT IS SO ORDERED.**

Dated: March 25, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE