Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorney for Defendant
Sean Karjala

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SEAN ERIN KARJALA,<br><br>　　　　Defendant. | Case No. 2:13-cr-00164-JAM<br><br>**STIPULATION AND ORDER TO RESET DATES**<br><br>Judge: Honorable John A. Mendez. |

# STIPULATION

1. By previous order this case was set for sentencing on July 23, 2024.

2. By this stipulation, the defendant asks to move sentencing until September 10, 2024. The government does not object.

3. The parties agree and stipulate, and request that the Court adopt the following schedule:

　　　　Sentencing Memorandum　　　　September 3, 2024

　　　　Judgment and Sentencing　　　　September 10, 2024

//

//

{00030813}

Dated: June 23, 2024.              Respectfully submitted,

                                   By     /s/ Kresta Daly for
                                          HEIKO COPPOLA
                                          ASSISTANT UNITED STATES ATTORNEY

Dated: June 23, 2024.

                                   By     /s/ Kresta Daly
                                          Kresta Daly
                                          Attorney for Sean Karjala

# **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The sentencing hearing set for July 23, 2024, is **VACATED**. Sentencing is **RESET** for **September 10, 2024, at 09:00 a.m**. Any sentencing memorandum shall be filed on or before **September 03, 2024**. Any response thereto shall be filed on or before **September 05, 2024**. **No further extensions will be granted absent good cause shown**.

**IT IS SO ORDERED.**

Dated: June 24, 2024                       /s/ John A. Mendez
                                                         THE HONORABLE JOHN A. MENDEZ
                                                         SENIOR UNITED STATES DISTRICT JUDGE