Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
Sean Karjala

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00164-JAM |
| Plaintiff, | |
| v. | **SENTENCING MEMORANDUM** |
| SEAN KARJALA, | Judge: Honorable John A. Mendez. |
| Defendant. | |

Defendant Sean Karjala, by and through his undersigned counsel, respectfully submits this memorandum in aid of sentencing.  For the reasons states below, Mr. Karjala requests a sentence of 180 months concurrent with his state court sentence, the mandatory minimum, and the imposition of the minimum restitution.  The basis for these requests are set forth below.

//

//

//

//

//

//

//

//

18 U.S.C. § 3553(a) mandates that a court "impose a sentence sufficient, but not greater than necessary, to comply with" federal sentencing goals. In imposing a sentence that is "sufficient, but not greater than necessary," the court should look to the statutory factors listed under Section 3553. These factors include:

**Nature and circumstances of the offense and history and characteristics of the defendant**

Filed contemporaneously with this memorandum is an underseal filing, Mr. Karjala's social history[1]. The contents of that filing are incorporated herein by reference. The filing contains sensitive details about Mr. Karjala as well as multiple other people who are or were in his life. Mr. Karjala's social history is replete with examples of the extremely violent and unstable environment in which he was raised. Certain family members who helped raise him were alcoholics and he became one himself. Mr. Karjala used and was likely addicted to controlled substances for many years.

Since coming into custody over a decade ago Mr. Karjala has remained clean and sober. Mr. Karjala turned his life around in other ways as well, most significantly is his relationship with God. Prior to this arrest Mr. Karjala was not a religious person. In the last ten years he found comfort and meaning in studying the bible and encouraging others to do so. Mr. Karjala has tried to share how Christianity has helped him with other people incarcerated with him. He takes great pleasure in discussing scripture with other people in custody and in shared learning about the bible and God.

Mr. Karjala and Jane Doe were engaged in a relationship for many months[2]. The relationship was illegal because of Jane Doe's age but the conduct was consensual. Mr. Karjala took illegal pictures of Jane Doe. Those pictures were never posted to the internet or shared with any other person. There is no evidence Mr. Karjala attempted to blackmail

---

[1] The social history was served on counsel for the government.
[2] The relationship appears to have been far more significant to Mr. Karjala because when Jane Doe was interviewed by the defense it took her several minutes to remember Sean Karjala.

Jane Doe with the images or otherwise use the images to gain anything from Jane Doe or anyone else.

Mr. Karjala became despondent when he was arrested and a no contact order was put in place. He decided to kill himself. He drove to the coast from Redding, on his way home law enforcement attempted to stop him. Mr. Karjala ultimately stopped for law enforcement, it was at this time he decided to try to commit 'suicide by cop'. Mr. Karjala came at the officer with a hatchet. The officer shot Mr. Karjala several times. Karjala almost died as a result. He spent months recovering and still has physical pain and permanent scars from this incident.

Mr. Karjala was prosecuted in Trinity County for the attempted murder of a police officer. On multiple occasions prior federal defense counsel attempted to negotiate a global resolution of the instant case and the Trinity County case. Those efforts were unsuccessful because the original district attorney was replaced by a new district attorney who was unwilling to consider any plea offer other than a guilty plea to attempted first degree murder.

Mr. Karjala's defense counsel changed three times, all for reasons beyond Mr. Karjala's control. When he finally went to trial he was represented by appointed counsel with approximately 8 years of experience who had never tried a murder or attempted murder and had scant trial experience[3]. That lawyer advised Mr. Karjala to waive jury and proceed with a bench trial. While Mr. Karjala had a viable defense based on his lack of intent to harm the officer, his lawyer did not call any of the witnesses who would have supported his defense, including the psychologist who, in a written report, agreed Mr. Karjala was attempting to commit suicide and had no intent to harm the officer.

Mr. Karjala was convicted in Trinity County and sentenced to 30 years to life. His conviction was sustained on appeal. His writ of habeas is currently pending.

//

---

[3] The representation, or lack thereof, Mr. Karjala received in his state court trial was nothing short of atrocious.

**Seriousness of the offense, Respect for the Law, and Just Punishment**

The offense is serious. However, Mr. Karjala is already serving an indeterminate prison term for conduct related to the instant offense. He has lost his liberty for an undetermined amount of time. He is not eligible for a parole hearing for approximately 14 more years.

**Deterrence and Protection of the Public**

This is not Mr. Karjala's first legal transgression. However, this is the first time since he was a teenager he has been clean and sober. What Mr. Karjala needs is therapy, specifically he needs to learn appropriate coping mechanisms instead of turning to drugs and alcohol. R-DAP and cognitive behavioral therapy would benefit Mr. Karjala and protect society far more than 14 more years in custody will.

**Need to Avoid Sentencing Disparity**

Attached hereto as Exhibit A, is a chart of all cases and sentences in the Eastern District of California since 2007[4]. Comparing Mr. Karjala's conduct to that of other individuals who received top of the guideline sentences for violating the same statute shows such a sentence is inappropriate in Mr. Karjala's case. The facts of this case can be accurately summarized by stating Mr. Karjala violated California Penal Code §261.5 and took pictures. His conduct is illegal. However, the nature and extent of the harm he caused is less than that of other, similarly situated defendants.

By way of analogy consider Penal Code §211, robbery. That statute can be violated if a one person rips a backoff off another person's body and runs away. That statute is also violated if a person goes into a grocery store with a machine gun, shoots at the walls and takes money out of a cashier's register. Both scenarios meet the legal definition of robbery but the severity of the conduct and resulting is vastly different.

In this case Jane Doe sought Mr. Karjala out – she responded to an ad he posted. Jane Doe initially lied about her age. When they first began chatting, Karjala believed

---

[4] 2007 was chosen because that's the year the Adam Walsh Act took effect. The Adam Walsh Act dramatically changed sentences in certain sex offense cases.

1  Jane Doe would be 18 years old when he returned from a brief trip to Southern California.

2  When he did return, Karjala learned Jane Doe was younger than she originally

3  represented. Undoubtedly, Mr. Karjala should have stopped speaking with Jane Doe as

4  soon as he learned her true age and there never should have been further contact. This is

5  factually a very different case than those in Exhibit A where individuals were actively

6  seeking out minors and causing significant harm.

**Conclusion**

Mr. Karjala is no longer the man who was arrested in 2013.  He has spent over a decade in custody and has used that time to get clean and sober.  He believes he has been able to maintain his sobriety for the first time in his life thanks to his relationship with God, a relationship he actively tries to encourage other people to follow. A sentence of 180 months and the statutory minimum restitution is appropriate in this case.

Dated:  September 3, 2024.              Respectfully submitted,

                                        BARTH DALY LLP

                                        By    /s/ Kresta Nora Daly
                                              KRESTA NORA DALY
                                              Attorneys for Defendant Sean Karjala

# Exhibit A

| Case Number | Defendant Name | Charge[s] | Sentenece | Notes |
|---|---|---|---|---|
| 1:09-cr-399 | Ronald Wayne Martin | 18 USC 2251(a) | 180 months | |
| 1:10-cr-00204 | Eric Crosby | 18 USC 2251(a) | 180 months | |
| 1:18-cr-00241 | Richard Tibbets | 18 USC 2251(a) | 180 months | for photos which she provided. They met in person. Victim introduced her friend to defendant who also sent defenant sexually explicit photos. Defendant had sex with Victim |
| 1:19-cr-00010 | Eric Leslie | 18 USC 2251(a) | 180 months | Factual basis for plea tracks the statute - no additional information |
| 2:18-cr-00141 | Brian Baptiste Formiconi | 18 USC 2251(a) | 180 months | No facts avaialble. |
| 2:19-cr-00185 | Tyler Shayne Nelson | 18 USC 2251(a) | 180 months | Defendant persauded 12 y.o. to take pictures of her vagina and send them to him. |
| 2:23-cr-00064 | Jordan T Piper | 18 USC 2251(a) | 180 months | created hundreds of pictures and dozens of videos of victim and others. Defendant texted victim about a sexual Christmas gift and offered her money to use it on herself. |

| Case | Name | Statute | Sentence | Notes |
|---|---|---|---|---|
| 1:08-cr-00440 | James Vincent Thorson | 18 USC 2252(a)(2) | 188 months | production charges were dismissed |
| 2:21-cr-00077 | James Dean Miller | 18 USC 2251(a) | 188 months | and subseqenlty photographed him sexually assaulting her. |
| 1:17-cr-00167 | Ashley Maddox | 18 USC 2251(a) | 200 months | Traded CP images of a minor in her care in exchange for images from another adult who photographed the abuse of a minor in his care. |
| 1:07-cr-00162 | Jess Tedder | 18 USC 2251(b) | 210 months | |
| 1:17-cr-00052 | Jeronimo Castro-Ajtun | 18 USC 2251(a) | 210 months | prepubescent female. Victim was under the care and control of the defendant.  No other details avaialble. |
| 2:07-cr-00356 | Klifford Sean Rose | 18 USC 2251(a) | 210 months | daughter orally copulting him.  Also depicted was the victim using an electric vibrator on herself. |
| 2:22-cr-00246 | Christopher Jorden Booth-Hall | 18 USC 2251(a) | 210 months | Defendant took pictures of four year old victims genitals and shared with other individuals via the internet. |
| 2:19-cr-00193 | Nicholas Vuksinich | 18 USC 2251(a) | 211 months | persauded her to take nude photos and send them to him. |
| 1:13-cr-00396 | Curtis Benjamin Hults | 18 USC 2251(a) | 235 months | Four victims, masterbation and oral copulation reported by all victims. CP collection of more than 5,000 images. |

| Case | Name | Statute | Sentence | Notes |
|---|---|---|---|---|
| 1:13-cr-00409 | Adam Alan Henry | 18 USC 2251(a) | 240 months | enforcement for downloading CP on eDonkey. Warrant executed and LE discovered videos/images defendant produced using a hidden camera in his bedroom. Vidoes/images defendant produced depicted naked minor conduct. Defendant had supervisory control over Victim 2 at all times and sometimes over Victim 1. Plea agreement provides scant |
| 1:17-cr-00021 | Rocky Cottrell | 18 USC 2251(a) | 240 months | |
| 2:07-cr-00491 | David Wehde | 18 USC 2251(a) | 240 months | have sex with him. She turned him into law enforcement. Search warrant revealed second and third victims who defendant sexually abused. CP produced of third victim. |
| 2:12-cr-00026 | Robert Bonnot | 18 USC 2251(a) | 240 months | investigation in another country. US law enforcement determined defendant produced the images with his daughter. Defendant acknoledged abusing his 4 and 8 year old |
| 2:13-cr-00086 | Stormy Avers | 18 USC 2251(a) | 240 months | Wymer's request. Images included Avers orally copulating her daughter while Wymer took photos. |
| 1:10-cr-00361 | Terry Lee Schneider | 18 USC 2251(a) | 252 months | produced videos of CP at his home with the assistnace of his wife |
| 1:12-cr-00037 | Neng Yang | 18 USC 2251(a) | 262 months | |

| Case | Name | Statute | Sentence | Description |
|---|---|---|---|---|
| 1:20-cr-00015 | Austen Peppers | 18 USC 2251(a) | 262 months | to undercover. Defendant was an intermediary between buyers and sellers of CP and collected a fee for his services. |
| 2:20-cr-00084 | Jonathan Michael Thornton | 18 USC 2251(a) | 262 months | lacivious photos/videos of a child under the age of 10. The photos were later posted on a forum on the internet. |
| 1:10-cr-00365 | Larry H Baldwin | 18 USC 2251(a) | 262 months | when victim was 10 years old. Included oral and vaginal sex. |
| 2:17-cr-00052 | Alexander Jordan Miller | 18 USC 2251(a) | 264 months | He persuaded them to send him a nude picture of themsevles and then extorted them for additional images. At least 12 victims involved, some of whom were as young as 11. |
| 2:12-cr-00271 | Danny Michael Shatswell | 18 USC 2251(a) | 282 months | offense. Shatswell had a sexual relationship with his girlfriends 14-15 year old daughter. Defednant produced videos and images. |
| 1:10-cr-00498- | Lonny Ray Haycock | 18 USC 2251(a) | 292 months | period of years. Highly sophisticated efforts to conceal images. |
| 2:21-cr-00162 | David John Alcock | 18 USC 2251(a) | 292 months | various sex acts for several months. Defendant produced multiple photos/videos of their conduct which were distributed over the internet in exchange for other CP. |

| Case | Defendant | Statute | Sentence | Details |
|---|---|---|---|---|
| 2:07-cr-00425 | James E Johnston | 18 USC 2251(a) | 293 months | was searched and agents located emails over many years where he was attempting to arrange sexual encounters with underage virgins in Asia. Defendant sent money to Asia for person to purchase camera and create CP |
| 1:09-cr-0476 | Kenyon Graham Reynolds | 18 USC 2252(a)(2) | 300 months | Defendant had a prior conviction for a sex act and was registered pursuant to CA Penal Code 290. production charges were dismissed. |
| 1:12-cr-00056 | Ricky Davis | 18 USC 2251(a) | 300 months | approximately 13 years old and prostituting her. |
| 2:14-cr-00107 | Joshua Landon Klipp | 18 USC 2251(a) | 300 months | woman on line. Persuaded them to perform various sex acts which he photographed or recorded. |
| 2:19-cr-00219 | Jonathan David Sprague | 18 USC 2251(a) | 300 months | He induced a 13 year old to take nude photos and was attempting to lure her to California to have sex with him. |
| 1:20-cr-0236 | Anthony Rodriguez | 18 USC 2251(a) | 360 months | no details available |
| 2:17-cr-00030 | Christopher Lee | 18 USC 2251(a) | 360 months | Defendant live streamed a video of him sexually abusing a seven year old female. |
| 2:16-cr-00240 | Mark Corum | 18 USC 2251(a) | 360 months | Defendant paid adults in the Philippines to sexually molest minors while he watched via video. There were at least six different victims. |

| Case | Defendant | Statute | Sentence | Notes |
|---|---|---|---|---|
| 2:07-cr-00216 | Travis Heffley | 18 USC 2251(a) | 360 monhts | Defendant produced a video of a lacivious exhibition of his 9 year old daughter. |
| 1:11-cr-00134 | Jose Hernandez Velazquez | 18 USC 2251(a) | 360 months | 4 victims aged 3,4, 8 and 14. |
| 1:12-cr-00082 | Timothy Valdez | 18 USC 2251(a) | 360 months | Multiple victims in production of CP.  15 year history of collecting CP. |
| 1:17-cr-00140 | Jacob Blanco | 18 USC 2251(a) | 360 months | one count of 18 USC 2252(a)(2).  At least 30 victims.  Defendant caused them to take and send pornographic pictures of themselves to [brothers] on line, persuaded them to take sexually explicit photos, including of them engaging with each other, in exchange for Google Play Cards. Defendant blackmailed |
| 1:18-cr-00211 | Nikko Adolfo Perez | 18 USC 2251(a) | 360 months | chat room where a 10 y.o. was orally copulating an adult male.  Also sent the third party still CSAM images of the same victim to |
| 2:09-cr-00044 | Brian Raymond Woodin | 18 USC 2251(a) | 360 months | daughter and distributed on the internet. |
| 2:09-cr-00523 | Bradley Alan Dayley | 18 USC 2251(a) | 360 months | Conduct lasted at least four years. The sexual abuse included intercourse. |

| Case | Name | Statute | Sentence | Description |
|---|---|---|---|---|
| 2:13-cr-00086 | Jason Wymer | 18 USC 2251(a) | 360 months | believed was 8 years old. Tried to get undercover to send nude pictures. Law enforcement obtained search warrant. Wymer persuaded at least two unrelated women to assist him in producing CSAM. One victim was a co-defendant's daughter, the other victim the bathroom in his house. There were also videos of defendant abusing two boys while they slept. Law enforcement identified at least |
| 2:19-cr-00008 | Tariq Arrhamann Majid | 18 USC 2251(a) | 360 months | convictions. He took multiuple pictures of his tooddler's genitals while chatting with a sexualized teenager on the internet. |
| 2:20-cr-00135 | Nathaniel John Cummings | 18 USC 2251(a) | 360 months | |
| 2:07-cr-00142 | Rchard Matuck | 18 USC 2251(a) | 405 months | began when vicitm was 16 years old and included thousands of images of victim bound and gagged when he was naked. Videos depicted defendant sexually abusing Victim. |
| 1:13-cr-00004 | Christopher Robinette | 18 USC 2251(a) | 420 months | one count of 18 USC 2423(a). Produced CP depicting all imaginable sexual conduct and distributed hundreds of videos and images in two different countries. Victim was abused over period of 8 years, given drugs and alcohol, travled to multiple states/countries with defendant. Defendant had an extensive CP |

| Case | Defendant | Statute | Sentence | Notes |
|---|---|---|---|---|
| 1:20-cr-00030 | Christopher Heorge Millican | 18 USC 2251(a) | 570 months | Defendnat persuaded them to send him sexually explicit photos and videos. Victims ages ranged from 11-15. |
| 2:13-cr-00399 | Jesse Earl Davenport | 18 USC 2251(a) | 600 months | California Penal Code section 288a(b)(1) two years prior to indictment. A year before that he was convicted of two misdemeanor sex offenses in Kentucky. Defendant persuaded a woman to create CSAM videos of a toddler she videod on multiple occassions engaged in sexual conduct with each other and with defendant. Images included bondage, whips, gags, phallic-shaped sexual devices. Images were widely posted on the internet. |
| 1:19-cr-00180 | Matthew Sheffield | 18 USC 2251(a) | 720 months | |
| 1:08-cr-0058 | Steven Patrick Arthur | 18 USC 2252(b)(1) | life | couple drugged Arthur's daughters friends and took videos of molesting the children, aged 11 and 12 |
| 1:08-cr-0058 | Jennifer Lynn Thurman | 18 USC 2252(b)(1) | life | |
| 1:11-cr-00324 | Shawn Joseph McCormack | 18 USC 2251(a) | life | images involved defendant sodomizing an infant. Other images involved another minor. |

| | | | | |
|---|---|---|---|---|
| 2:15-cr-00227 | Michael Carey Clemans | 18 USC 2251(a) | Life | Asia.  He and others were involved in a scheme where he bought children, engaged in illegal sex acts with numerous children, took CSAM photos of children.  Conduct lasted at least |
| 1:20-cr-00025 | Daniel Vincent Salazar | PENDING | | |
| 1:20-cr-00252 | Monica Gastelo | PENDING | | |
| 1:21-cr-00160 | Nicolas Adam Guereca | PENDING | | |
| 1:22-cr-00304 | Jacob Jacobson | PENDING | | |
| 1:23-cr-00038 | Peter Yang | PENDING | | |
| 1:23-cr-00131 | Roy Richard Truitt III | PENDING | | |
| 1:23-cr-00131 | Amber Louise Lowe | PENDING | | |
| 2:13-cr-00102 | Andrei Ramaniuk | PENDING | | |
| 2:13-cr-00164 | Sean Erin Karjala | PENDING | | |

| | | |
|---|---|---|
| 2:19-cr-00221 | Chrstopher Espinoza | PENDING |
| 2:20-cr-00084 | Katherine Leann Herrera | PENDING |
| 2:20-cr-00197 | Jayson Fernandez Butay | PENDING |
| 2:20-cr-00212 | Matthew Goyder | PENDING |
| 2:22-cr-00014 | Raymond James Cornett | PENDING |
| 2:22-cr-00149 | Pedro Luis Millan | PENDING |
| 2:24-cr-00120 | Christopher King | PENDING |
| 2:23-cr-00008 | William James Fitzgerald | PENDING |
| 2:23-cr-00234 | Bruce Anthony Garica | PENDING |

|  |  |  |
|---|---|---|
|  | Sam Moss |  |
| 2:23--cr-00269 | Kerfoot | PENDING |
|  | Elmer Yusay |  |
| 2:23-cr-00309 | Ngo | PENDING |
|  | Trevor Clayton |  |
| 2:24-cr-00093 | Morgan | PENDING |