IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:13-cr-00164-JAM |
| Plaintiff, | ) **SEALING ORDER** |
| v. | ) |
| SEAN ERIN KARJALA, | ) |
| Defendant. | ) |

Defendant Sean Erin Karjala, through his counsel, has applied for an Order sealing certain privileged and confidential sentencing documents and the Application to Seal his Risk Assessment.

**GOOD CAUSE APPEARING** Mr. Karjala's request to seal his Risk Assessment and Application to Seal Risk Assessment documents is **GRANTED**.

Dated: September 04, 2024         /s/ John A. Mendez
                                  _____
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE