Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorney for Defendant
Sean Karjala

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00164-JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO RESET DATES** |
| SEAN KARJALA, | |
| Defendant. | Judge: Honorable John A. Mendez. |

**STIPULATION**

1. By previous order this case was set for a restitution hearing on December 17, 2024.

2. By this stipulation, the parties ask to move the restitution hearing until February 25, 2025. Mr. Karjala expressly waives his right to have the restitution hearing within 90 days of sentencing.

Dated:  December 11, 2024.                Respectfully submitted,


By   /s/ Kresta Daly for
     ROGER YANG
     ASSISTANT UNITED STATES ATTORNEY

{00030813}

STIPULATION AND ORDER                               [Case No. 2:13-CR-00164-JAM]

1  Dated:  December 11, 2024.

3  By    /s/ Kresta Daly
   Kresta Daly
4  Attorney for Sean Karjala

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

- 2 -

# **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The restitution hearing set for December 17, 2024, is VACATED.  A restitution hearing is RESET for **February 25, 2025, at 09:00 a.m**.

**IT IS SO ORDERED.**

Dated: December 12, 2024         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE