1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  PO Box F
   Winters, California 95694
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorney for Defendant
   Sean Karjala

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00164-JAM |
|---|---|
| Plaintiff, | |
| v. | **EX PARTE REQUEST AND ORDER TO WAIVE DEFENDANT'S PRESENCE** |
| SEAN ERIN KARJALA, | Judge: Honorable John A. Mendez. |
| Defendant. | |

    This matter is on for a restitution hearing on February 25, 2025. Sean Karjala is currently in the custody of the Bureau of Prisons and is housed out of state.

    Pursuant to Federal Rule of Criminal Procedure 43(b)(3) Mr. Karjala's presence is not required because restitution is a question of law. Mr. Karjala has already been sentenced. The Ninth Circuit has held that restitution is a ministerial act and not a critical stage at which a defendant's presence is required. *Colbert v. Haynes,* 954 F.3d 1232, 1236 (9th Cir. 2020).

    For the foregoing reasons Mr. Karjala respectfully requests his presence at the restitution hearing be waived.

Dated: February 19, 2025.

                                      By     /s/ Kresta Daly
                                            Kresta Daly
                                            Attorney for Sean Karjala

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

# **ORDER**

GOOD CAUSE APPEARING Mr. Karjala's request to waive his presence at the restitution hearing is **GRANTED**.

IT IS SO ORDERED.

Dated: February 19, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE