MICHELE BECKWITH
Acting United States Attorney
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SEAN ERIN KARJALA,<br><br>          Defendant. | CASE NO. 2:13-cr-00164-JAM<br><br>**STIPULATION AND ORDER VACATING RESTITUTION HEARING**<br><br>DATE: April 8, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

### I.   INTRODUCTION

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Kresta N. Daly, attorney for Sean Erin Karjala, Defendant, that the restitution hearing currently set for April 8, 2025, be vacated.

The parties stipulate that the government has made diligent attempts to discharge its obligations under the Mandatory Victim Right's Act, and other statutory obligations. Despite its efforts, however, the government does not have a restitution request, or itemized loss estimates to present at a restitution

//

//

//

//

hearing. As a result, the parties stipulate that the Court should vacate the restitution hearing set for April 8, 2025.

Dated: April 4, 2025

           By: /s/ *Kresta N. Daly*
             KRESTA N. DALY
             Attorney for Defendant SEAN ERIN KARJALA

Dated: April 4, 2025        MICHELE BECKWITH
             Acting United States Attorney

           By: /s/ ROGER YANG
             ROGER YANG
             Assistant United States Attorney

**ORDER**

The April 08, 2025 restitution hearing is **VACATED**. The Clerk is **DIRECTED** to enter an Amended Judgment.

Dated: April 07, 2025       /s/ John A. Mendez
             THE HONORABLE JOHN A. MENDEZ
             SENIOR UNITED STATES DISTRICT JUDGE